IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF KANSAS

*Electronically Filed*

In re: CHRISTOPHER LEE SHAFT ) Case no. 12-10714-13
) Chapter 13
Debtor(s) )

## TRUSTEE'S MOTION TO MODIFY CONFIRMED PLAN

COMES NOW, Laurie B. Williams, Trustee herein, in support of her Motion to Modify Confirmed Plan, and states:

1. The debtor has failed to pay a post-petition tax liability to Butler County Treasurer in the amount of $321.72 for 2012 personal property taxes as evidenced by claim number 16.

2. The plan shall be modified to pay this post-petition debt through the plan in full without interest.

3. This additional debt does not require an increase in the plan payment.

WHEREFORE, the Trustee requests the Court enter an Order Modifying Confirmed Plan to provide for payment of Butler County Treasurer claim 16 for post-petition taxes in full without interest. Such a modification will not negatively affect any creditor and need not be noticed to all parties.

*s/Laurie B. Williams*
Laurie B. Williams, S. Ct. #12868
Standing Chapter 13 Trustee
300 W. Douglas Ave., Suite 650
Wichita KS 67202-2916
lbwsig@wichita13trustee.com
(316) 267-1791

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing Motion was served, either electronically, or mailed by U.S. mail, first-class postage prepaid on July 28, 2015, to each of the following:

CHRISTOPHER LEE SHAFT
706 FREDRICK DR
EL DORADO, KS 67042

WILLIAM H ZIMMERMAN JR
ATTORNEY AT LAW
229 E WILLIAM #100
WICHITA, KS 67202

*s/Jennifer L. Haury*
Jennifer L. Haury, Case Analyst